IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NOKIA TECHNOLOGIES OY AND ALCATEL-LUCENT USA INC.<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendants. | Civil Action No. 2:16-CV-1440<br><br>JURY TRIAL REQUESTED |

**ADDITIONAL ATTACHMENTS TO ORIGINAL COMPLAINT**

DATED:  December 21, 2016          Respectfully submitted,

By: */s/ Theodore Stevenson, III*
Theodore Stevenson, III – Lead
tstevenson@mckoolsmith.com
Nicholas Mathews
nmathews@mckoolsmith.com
**McKool Smith, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Samuel F. Baxter
sbaxter@mckoolsmith.com
**McKool Smith, P.C.**
104 E. Houston Street, Suite 3000
P.O. Box O
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Kevin L. Burgess
kburgess@mckoolsmith.com
**McKool Smith, P.C.**
300 W. Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

John D. Haynes
Patrick J. Flinn
Wesley C. Achey
David S. Frist
Michael C. Deane
**Alston & Bird LLP**
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: john.haynes@alston.com
Email: patrick.flinn@alston.com
Email: wes.achey@alston.com
Email: david.frist@alston.com
Email: michael.deane@alston.com

*Attorneys for Plaintiffs Nokia Technologies Oy and Alcatel-Lucent USA Inc.*