# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NOKIA TECHNOLOGIES OY and ALCATEL-LUCENT USA INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**APPLE INC.,**<br><br>Defendant.<br><br>**APPLE INC.,**<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>**NOKIA TECHNOLOGIES OY, NOKIA CORPORATION, and ALCATEL LUCENT USA INC.,**<br><br>Counterclaim Defendants. | Civil Action No. 2:16-cv-1440<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL ITS AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS TO PLAINTIFFS' COMPLAINT

Before the Court is Apple Inc.'s the Unopposed Motion to File Under Seal its Amended Answer, Defenses, and Counterclaims to Plaintiffs' Complaint.  The Court is of the opinion that said motion should be GRANTED.   It is therefore,

ORDERED that Apple, Inc.'s Amended Answer, Defenses and Counterclaims to Plaintiffs' Complaint should be filed under seal.

**So ORDERED and SIGNED this 21st day of March, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE