IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NOKIA TECHNOLOGIES OY and ALCATEL-LUCENT USA INC., *Plaintiffs*, <br><br> v. <br><br> APPLE INC., *Defendant*. | § § § § § § § § § § § Civil Action No. 2:16-cv-1440 |

### ORDER

Plaintiffs Nokia Technologies Oy, Nokia Corporation, and Alcatel Lucent USA Inc. ("Plaintiffs") and Defendant Apple Inc. ("Defendant") have informed the Court that they stipulate and agree that the above-captioned matter should be dismissed without prejudice, with all attorneys' fees, costs, and expenses taxed against the party incurring the same.  (Dkt. No. 61.)   The Court, having considered this request, is of the opinion that their request for dismissal should be **GRANTED**.

It is therefore **ORDERED** that Plaintiffs' claims for relief against Defendant are dismissed without prejudice and Defendant's claims, defenses, and/or counterclaims for relief against Plaintiffs are dismissed without prejudice.

It is further **ORDERED** that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

**So ORDERED and SIGNED this 6th day of June, 2017.**

                                                  RODNEY GILSTRAP
                                                  UNITED STATES DISTRICT JUDGE